UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | |
|---|---|
| | C/A No. 12-06049-DD |
| | Chapter 11 |
| Reconciliation Ministry-East, | **ORDER ON RULE TO SHOW CAUSE** |
| Debtor. | |

   This matter is before the Court on a Rule to Show Cause entered by the Court on October 4, 2012, and an Application to Pay Filing Fee in Installments ("Application") entered on October 1, 2012, by Reconciliation Ministry-East ("Debtor"). A hearing was held on the Rule to Show Cause and Application on October 25, 2012. Local Bankruptcy Rule 9011-2(c) provides that "[a]ll partnerships, corporations and other business entities must be represented by an attorney duly admitted to practice as specified in [SC LBR 2090-1], except with respect to the filing of proofs of claim or interests." A search of the website for the South Carolina Secretary of State reflects that Debtor is a nonprofit corporation. Debtor's Chapter 11 voluntary petition was signed by Apostle Wendell Freeman. Therefore, the Rule to Show Cause directed Debtor to appear through representation by an attorney at the hearing to show cause why its petition should not be dismissed or other relief imposed. The Rule to Show Cause informed Debtor that failure to appear with such representation at the hearing may result in immediate dismissal of the petition. The Rule to Show Cause also stated the Court would, at the hearing, consider Debtor's eligibility to pay the filing fee in installments and consider whether this case should be dismissed for failure to pay the required filing fee. See Fed. R. Bankr. P. 1006 (stating that an "individual" may apply to pay the filing fee in installments).

Debtor failed to appear at the October 25, 2012 hearing.  Therefore, this case is dismissed due to Debtor's failure to retain counsel, appear at the hearing, and provide support for its eligibility to pay the filing fee in installments.  The Clerk's Office is directed not to accept a new bankruptcy petition by Debtor unless the filing fees for the new case and the present case are paid in full.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**10/25/2012**



Entered: 10/26/2012

*[signature]*

David R. Duncan
US Bankruptcy Judge
District of South Carolina